J. MICHAEL KALER, SBN 158296
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151
michael@kalerlaw.com

MELODY A. KRAMER, SBN 169984
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150
mak@kramerlawip.com

Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

**ORIGINAL FILED**

'07 DEC 11 PM 4:28

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

'07 CV 2321 BTM JMA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, <br><br> Plaintiff <br><br> v. <br><br> ENERGIZER HOLDINGS INC, a Missouri corporation; EVEREADY BATTERY COMPANY, INC.; and DOES 1 – 100, <br><br> Defendants. | Case No. <br><br> **NOTICE OF RELATED CASES** |

//

Pursuant to Local Civil Rule 40.1(e), Plaintiff JENS E. SORENSEN, as TRUSTEE OF THE SORENSEN RESEARCH AND DEVELOPMENT TRUST ("SRDT"), hereby gives notice of pending cases related to the present case. Specifically, SRD TRUST gives notice of the following related cases that all arise from alleged infringement of United States Patent Number 4,935,184 ("the '184 patent"), whether pending, dismissed, or otherwise terminated:

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Giant International, Inc., et al*, Case No. 07-CV-2121, filed November 6, 2007 in the United States District Court for the Southern District of California. Consolidation is not recommended because this related case involves different parties and has different, unrelated products at issue.

*Jens Erik Sorensen as Trustee of Sorensen Research and Development Trust v. Esseplast (USA) NC, Inc., et al*, Case No. 07cv2277 JAH BLM, filed December 4, 2007 in this District. Consolidation is not recommended because this related case involves different parties and has different, unrelated products at issue.

*Jens Erik Sorensen as Trustee of Sorensen Research and Development Trust v. Helen of Troy Texas Corporation, et al*, Case No. 07cv2278 IEG LSP, filed December 4, 2007 in this District. Consolidation is not recommended because this related case involves different parties and has different, unrelated products at issue.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. First International Digital, Inc., et al*, Case No. C075525, filed October 30, 2007 in the United States District Court for the Northern District of California. Consolidation is not recommended because this related case involves different parties and has different, unrelated products at issue.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Digital Networks North America, Inc., et al*, Case No. C075568, filed November 1, 2007 in the United States District Court for the Northern District of

Case No. _____

1  California. Consolidation is not recommended because this related case involves
2  different parties and has different, unrelated products at issue.

3      *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*
4  *Trust v. The Black & Decker Corporation, et al,* Civil Case No.: 06CV1572BTN
5  CAB, filed August 7, 2006, in the United States District Court for the Southern
6  District of California. Consolidation is not recommended because this related case
7  involves different parties and has different, unrelated products at issue.

8      *American Safety Razor Co. v. Sorensen Research & Development Trust,* Civil
9  Case No. 07CV00730HHK, filed April 20, 2007, in the United States District Court
10 for the District of Columbia. Consolidation is not recommended because this related
11 case involves different parties and has different, unrelated products at issue.

12     *DMS Holdings, Inc. v. Sorensen Research & Development Trust.* Civil Case
13 No.: 07CV02690, filed May 11, 2007, in the United States District Court for the
14 Northern District of Illinois. Consolidation is not recommended because this related
15 case involves different parties and has different, unrelated products at issue.

16     *Jens Erik Sorensen as Trustee of the Sorensen Research And Development*
17 *Trust v. Tecnica USA, Inc and Nordica USA, Inc.,* Civil Case No. 06CV1941 B
18 MLS, filed September 18, 2006 in the Southern District of California. The action
19 was settled by the parties, and dismissed.

20     *Jens Erik Sorensen As Trustee of The Sorensen Research And Development*
21 *Trust v. Head USA Inc.* Civil Case No.: 06CV1434BTN CAB, filed July 2006 in
22 the Federal District for the Southern District of California. The action was settled by
23 the parties, and dismissed.

24     *Head USA Inc. v. Jens Erik Sorensen (As Trustee of The Sorensen Research*
25 *And Development Trust), and Sorensen Research And Development Trust.* Docket
26 No.: 306CV00983, filed June 2006 in the Federal District of Connecticut. The
27 matter was transferred and consolidated with the *Sorensen Research And*
28 *Development Trust v. Head USA Inc.* action filed in the Southern District of

Case No. _____

3.

California, Civil Case No.: 06CV1434BTM CAB. The action was later settled by the parties, and dismissed.

*Nordica USA Corp. v. Jens Ole Sorensen, Jens Erik Sorensen, and Sorensen Research and Development Trust.* Docket No. 1:06-cv-91-JM filed March 8, 2006 in the Federal District of New Hampshire. The matter was transferred and consolidated with *Jens Erik Sorensen As Trustee of The Sorensen Research And Development Trust v. Tecnica USA, Inc and Nordica USA, Inc.*, Civil Case No. 06CV1941 B MLS, filed in the Southern District of California. The action was later settled by the parties.

*Jens Ole Sorensen, and Jens E. Sorensen, as Trustee Of The Sorensen Research and Development Trust v. DaimlerChrysler AG, and Mercedes-Benz USA, LLC.* Civil No. 03-1763 (HAA) filed in the United States District Court for Northern California and transferred to the United States District Court for New Jersey. This matter has been settled and dismissed.

*In the Matter of Certain Automobile Tail Light Lenses And Products Incorporating Same.* Investigation No. 337-TA-502 filed in the United States International Trade Commission. The matter was remanded after appeal to the Federal Circuit Court of Appeals, then settled and dismissed.

*Jens E. Sorensen, as Trustee Of The Sorensen Research and Development Trust v. Premier Automotive Group, Ford Motor Company, and Jaguar, Ltd.* Case No. 03-cv-01107, filed March 14, 2003 in the Federal Court for the Northern District of California. The matter was settled and dismissed.

*Lowe's Companies, Inc., et al v. Sorensen Research and Development Trust.* Case No. 05-cv-00234 filed July 29, 2005 in the Federal Court for the Western District of North Carolina. The matter was never served and was dismissed.

*Digital Innovations LLC v. Sorensen Research and Development Trust.* Case No. 05-cv-06428, filed November 9, 2005 in the Federal Court for the Northern District of Illinois. The matter was never served and was dismissed.

*Big Lots v. Sorensen Research and Development Trust.* Case No. 2:06-cv-1089, filed December 29, 2006 in the Federal Court for the Southern District of Ohio. The matter was never served and was dismissed.

*Bon-Aire v. Sorensen Research and Development Trust.* Case No. 07-cv-054-S, filed January 2007 in the Federal Court for the District of Idaho. The matter was never served and was dismissed.

*Husqvarna Outdoor Products, Inc. v. Sorensen Research and Development Trust.* CIV. NO. CV106-160 in the Federal Court for the Southern District of Georgia on October 30, 2006. The matter was never served and was dismissed.

*Sorensen et al v. International Trade Commission et al.* 427 F.3d 1375 (Fed.Cir., 2005). After the Federal Circuit ruled in patentee's favor, the parties settled and dismissed.

DATED this Tuesday, December 11, 2007.

> JENS ERIK SORENSEN, as Trustee of
> SORENSEN RESEARCH AND DEVELOPMENT
> TRUST, Plaintiff
>
> _____
> Melody A. Kramer, Esq.
> Attorney for Plaintiff

5.

Case No. _____