**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| Jens Erik Sorensen et al | vs | Energizer Holdings Inc et al | No. | 07cv2321 BTM (JMA) |
|---|---|---|---|---|

| Hon. | N/A | Deputy Clerk | N/A | Court Reporter | N/A |
|---|---|---|---|---|---|

By order of the court, this case is to be reassigned to another Magistrate Court Judge.

Assigned to:   Cathy Ann Bencivengo

New Case #:   07cv2321 BTM (CAB)

**Please forward judge's court file to new assigned judge.**

Date:   December 12, 2007        Deputy:                    s/ J. Jocson