

AO 440 (Rev. 8/01) Summons in a Civil Action

Case 3:07-cv-02321-BTM-CAB   Document 4   Filed 12/11/2007   Page 1 of 1

# UNITED STATES DISTRICT COURT

Southern District of California

FILED
07 DEC 11 PM 4:30
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,

V.

ENERGIZER HOLDINGS INC, a Missouri corporation; EVEREADY BATTERY COMPANY, INC.; and DOES 1-100

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

'07 CV 2321 BTM JMA

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. Michael Kaler
Kaler Law Offices
9930 Mesa Rim Rd., Suite 200
San Diego, CA 92121
858-362-3151

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

W. SAMUEL HAMRICK, JR.                    12/11/07
CLERK                                      DATE

J. HIXSON (SEAL)
(By) DEPUTY CLERK

American LegalNet, Inc.
www.FormsWorkflow.com