1  Matthew B. Lehr (Bar No. 213139)
   (district admission pending)
2  Anthony I. Fenwick (Bar No. 158667)
   Jill Zimmerman (Bar No. 230338)
3  DAVIS POLK & WARDWELL
   1600 El Camino Real
4  Menlo Park, California  94025
   Telephone:  (650) 752-2000
5  Facsimile:   (650) 752-2111

6  Attorneys for Defendants Energizer Holdings
   Inc. and Eveready Battery Company, Inc.
7

8                UNITED STATES DISTRICT COURT

9              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11  JENS ERIK SORENSEN, as Trustee of      ) Case No.:  07 CV 2321 BTM (CAB)
    SORENSEN RESEARCH AND                  )
12  DEVELOPMENT TRUST,                     )
                                           )
13                  Plaintiff,             )
                                           ) JOINT MOTION FOR EXTENSION OF
14           v.                            ) TIME TO ANSWER COMPLAINT
                                           ) PURSUANT TO CivLR 12.1; CivLR 7.2
15  ENERGIZER HOLDINGS INC., a Missouri    )
    corporation; EVEREADY BATTERY          )
16  COMPANY, INC.; and DOES 1-100,         )
                                           )
17                  Defendants.            )
                                           )
18

19

20  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

21  PLEASE TAKE NOTICE THAT Plaintiff Jens Erik Sorensen ("Sorensen") and Defendants

22  Energizer Holdings Inc. and Eveready Battery Company, Inc. ("Defendants") hereby jointly move

23  the Court pursuant to CivLR 12.1 and CivLR 7.2 to extend the time for Defendants to answer or

24  otherwise respond to Sorensen's Complaint for Patent Infringement (the "Complaint") from

25  Monday, January 7, 2008 up to and including Thursday, January 31, 2008.  Good cause for the

26  extension includes enabling Defendants and their counsel to avoid conflict with the year end

27  holidays in connection with their investigation of plaintiff's claims and preparation of a response to

28  plaintiff's complaint.  *See* CivLR 12.1.

1 | Dated:  December 28, 2007

Respectfully submitted,

By: _____s/Jill Zimmerman_____
Attorney for Defendants
E-mail: jill.zimmerman@dpw.com

Matthew B. Lehr (Bar No. 213139)
Anthony I. Fenwick (Bar No. 158667)
DAVIS POLK & WARDWELL
1600 El Camino Real
Menlo Park, California  94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

**ATTORNEYS FOR DEFENDANTS
ENERGIZER HOLDINGS INC. and
EVEREADY BATTERY COMPANY, INC.**

Dated:  December 28, 2007

Respectfully submitted,

By: _____s/Michael Kaler_____
Attorney for Plaintiffs
E-mail: michael@kalerlaw.com
J. Michael Kaler (Bar No. 158296)
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Tel: (858) 362-3151

Melody A. Kramer (Bar No. 169984)
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
Tel: (858) 362-3150

**ATTORNEYS FOR PLAINTIFF JENS ERIK
SORENSEN, as Trustee of SORENSEN
RESEARCH AND DEVELOPMENT TRUST**