**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Joint Motion For Extension of Time to Answer Complaint Pursuant to CivLR 12.1; CivLR 7.2 was on this date served on all counsel of record by the CM/ECF system of this Court through the generation of a "Notice of Electronic Filing" sent to their last known addresses as follows:

| | |
|---|---|
| Mr. James Michael Kaler<br>E-mail: michael@kalerlaw.com<br>Law Offices of James M. Kaler<br>9930 Mesa Rim Road, Suite 200<br>San Diego, CA 92121<br>Telephone: (858) 326-3151<br>Facsimile: (858) 824-9073 | Melody A. Kramer<br>E-mail: mak@kramerlawip.com<br>Kramer Law Office<br>9930 Mesa Rim Road, Suite 1600<br>San Diego, CA 92121<br>Telephone: (858) 362-3150<br>Facsimile: (858) 225-0874 |

in Menlo Park, CA on this 28 day of December, 2007.

_____
Angela Quach
Legal Assistant
DAVIS POLK & WARDWELL
1600 El Camino Real
Menlo Park, CA 94025
Telephone:(650) 752-2000
Facsimile: (650) 752-2111

07cv2321