1  Matthew B. Lehr (Bar No. 213139)
   (district admission pending)
2  Anthony I. Fenwick (Bar No. 158667)
   Jill Zimmerman (Bar No. 230338)
3  DAVIS POLK & WARDWELL
   1600 El Camino Real
4  Menlo Park, California  94025
   Telephone:  (650) 752-2000
5  Facsimile:   (650) 752-2111

6  Attorneys for Defendants Energizer Holdings
   Inc. and Eveready Battery Company, Inc.
7

8              UNITED STATES DISTRICT COURT

9            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 JENS ERIK SORENSEN, as Trustee of      ) Case No.:  07 CV 2321 BTM (CAB)
   SORENSEN RESEARCH AND                  )
   DEVELOPMENT TRUST,                     )
12                                         )
                   Plaintiff,              ) ORDER GRANTING JOINT MOTION FOR
13                                         ) EXTENSION OF TIME TO ANSWER
         v.                                ) COMPLAINT PURSUANT TO CivLR 12.1;
14                                         ) CivLR 7.2
   ENERGIZER HOLDINGS INC., a Missouri    )
15 corporation; EVEREADY BATTERY          )
   COMPANY, INC.; and DOES 1-100,         )
16                                         )
                   Defendants.             )
17 _____)

18

19       Before the Court is Plaintiff Jens Erik Sorensen's ("Sorensen's") and Defendants Energizer

20 Holdings Inc.'s and Eveready Battery Company, Inc.'s ("Defendants'") Joint Motion for Extension

21 of Time to Answer Complaint Pursuant to CivLR 12.1; CivLR 7.2, filed December 28, 2007.

22       Upon good cause appearing therefore, the joint motion is granted.  The time for Defendants

23 to answer or otherwise respond to Sorensen's Complaint for Patent Infringement is extended up to

24 and including January 31, 2008.

25 IT IS SO ORDERED.

26 Dated: January 2, 2008

27                                          _____
                                            Hon. Barry Ted Moskowitz
                                            Judge, United States District Court

28