1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

J. MICHAEL KALER, SBN 158296
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151
michael@kalerlaw.com

MELODY A. KRAMER, SBN 169984
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150
mak@kramerlawip.com

Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, <br><br> Plaintiff <br><br> v. <br><br> ENERGIZER HOLDINGS INC, a Missouri corporation; EVEREADY BATTERY COMPANY, INC.; and DOES 1 – 100, <br><br> Defendants. | Case No. 07cv02321 BTM CAB <br><br> **FIRST AMENDED NOTICE OF RELATED CASES** |

//

Pursuant to Local Civil Rule 40.1(e), Plaintiff JENS E. SORENSEN, as TRUSTEE OF THE SORENSEN RESEARCH AND DEVELOPMENT TRUST ("SRDT"), hereby gives FIRST AMENDED notice of cases related to the present case. Specifically, SRD TRUST gives notice of the following related cases that all arise from alleged infringement of United States Patent Number 4,935,184 ("the '184 patent"), whether pending, dismissed, or otherwise terminated:

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Ryobi Technologies, Inc., et al.,* Case No. 3:08-cv-0070-BTM-CAB, filed January 11, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants. Consolidation is not recommended because this related case involves different parties and has different products at issue.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Senco Products, Inc.,* Case No. 3:08-cv-0071-BTM-CAB, filed January 11, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants. Consolidation is not recommended because this related case involves different parties and has a single different product at issue.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Emerson Electric Co., et al,* Case No. 3:08-cv-0060-BTM-CAB, filed January 10, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants. Consolidation is not recommended because this related case involves different parties and has different products at issue.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Johnson Level & Tool Mfg. Co., Inc.,* Case No. 3:08-cv-0025-BTM-CAB, filed January 4, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants.

1    Consolidation is not recommended because this related case involves different

2    parties and has different, unrelated products at issue.

3      *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*

4    *Trust v. Lexar Media, Inc.,* Case No. 5:08-cv-00095-JW, filed January 7, 2008 in the

5    United States District Court for the District of Northern California. Plaintiff alleges

6    infringement of the '184 patent by Defendants.  Consolidation is not recommended

7    because this related case involves different parties and has different unrelated

8    products at issue.

9      *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*

10   *Trust v. Ampro Tools Corporation,* Case No. 4:08-cv-00096-CW, filed January 7,

11   2008 in the United States District Court for the District of Northern California.

12   Plaintiff alleges infringement of the '184 patent by Defendants.  Consolidation is not

13   recommended because this related case involves different parties and has different,

14   unrelated products at issue.

15     *PowerStation LLC, et al v. Sorensen Research and Development Trust*, Case

16   No. 07-cv-04167-RBH, filed December 31, 2007 in the United States District Court

17   for the District of South Carolina.  Plaintiff seeks declaratory judgment that the '184

18   patent is invalid and not infringed by them, and also makes an unfair trade practices

19   claim.  Consolidation is not recommended because case involves different parties

20   and different products, and adds a state law cause of action.

21     *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*

22   *Trust v. Giant International, Inc., et al*, Case No. 3:07-CV-2121-BTM-CAB, filed

23   November 6, 2007 in the United States District Court for the Southern District of

24   California.  Consolidation is not recommended because this related case involves

25   different parties and has different, unrelated products at issue.

26     *Jens Erik Sorensen as Trustee of Sorensen Research and Development Trust v.*

27   *Esseplast (USA) NC, Inc., et al*, Case No. 3:07-cv-2277-BTM-CAB, filed December

28   4, 2007 in this District.  Consolidation is not recommended because this related case

Case No. 07cv02321 BTM CAB

1    involves different parties and has different, unrelated products at issue.

2         *Jens Erik Sorensen as Trustee of Sorensen Research and Development Trust v.*

3    *Helen of Troy Texas Corporation, et al*, Case No. 3:07-cv-2278-BTM-CAB, filed

4    December 4, 2007 in this District. Consolidation is not recommended because this

5    related case involves different parties and has different, unrelated products at issue.

6         *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*

7    *Trust v. First International Digital, Inc., et al*, Case No. 3:07-cv-5525-JSW, filed

8    October 30, 2007 in the United States District Court for the Northern District of

9    California. Consolidation is not recommended because this related case involves

10   different parties and has different, unrelated products at issue.

11        *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*

12   *Trust v. Digital Networks North America, Inc., et al*, Case No. 3:07-5568-JSW, filed

13   November 1, 2007 in the United States District Court for the Northern District of

14   California. Consolidation is not recommended because this related case involves

15   different parties and has different, unrelated products at issue.

16        *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*

17   *Trust v. The Black & Decker Corporation, et al,* Civil Case No.: 3:06-CV-1572-

18   BTM-CAB, filed August 7, 2006, in the United States District Court for the Southern

19   District of California. Consolidation is not recommended because this related case

20   involves different parties and has different, unrelated products at issue.

21        *American Safety Razor Co. v. Sorensen Research & Development Trust,* Civil

22   Case No. 07-CV-00730-HHK, filed April 20, 2007, in the United States District

23   Court for the District of Columbia. Consolidation is not recommended because this

24   related case involves different parties and has different, unrelated products at issue.

25        *DMS Holdings, Inc. v. Sorensen Research & Development Trust.* Civil Case

26   No.: 07-CV-02690, filed May 11, 2007, in the United States District Court for the

27   Northern District of Illinois. Consolidation is not recommended because this related

28   case involves different parties and has different, unrelated products at issue.

Case No. 07cv02321 BTM CAB

1       *Jens Erik Sorensen as Trustee of the Sorensen Research And Development*

2  *Trust v. Tecnica USA, Inc and Nordica USA, Inc.,* Civil Case No. 06CV1941 B

3  MLS, filed September 18, 2006 in the Southern District of California. The action

4  was settled by the parties, and dismissed.

5       *Jens Erik Sorensen As Trustee of The Sorensen Research And Development*

6  *Trust v. Head USA Inc.* Civil Case No.: 06CV1434BTN CAB, filed July 2006 in

7  the Federal District for the Southern District of California. The action was settled by

8  the parties, and dismissed.

9       *Head USA Inc. v. Jens Erik Sorensen (As Trustee of The Sorensen Research*

10  *And Development Trust), and Sorensen Research And Development Trust.* Docket

11  No.: 306CV00983, filed June 2006 in the Federal District of Connecticut. The matter

12  was transferred and consolidated with the *Sorensen Research And Development*

13  *Trust v. Head USA Inc.* action filed in the Southern District of California, Civil Case

14  No.: 06CV1434BTM CAB. The action was later settled by the parties, and

15  dismissed.

16       *Nordica USA Corp. v. Jens Ole Sorensen, Jens Erik Sorensen, and Sorensen*

17  *Research and Development Trust.* Docket No. 1:06-cv-91-JM filed March 8, 2006 in

18  the Federal District of New Hampshire. The matter was transferred and consolidated

19  with *Jens Erik Sorensen As Trustee of The Sorensen Research And Development*

20  *Trust v. Tecnica USA, Inc and Nordica USA, Inc.,* Civil Case No. 06CV1941 B

21  MLS, filed in the Southern District of California. The action was later settled by the

22  parties.

23       *Jens Ole Sorensen, and Jens E. Sorensen, as Trustee Of The Sorensen*

24  *Research and Development Trust v. DaimlerChrysler AG, and Mercedes-Benz USA,*

25  *LLC.* Civil No. 03-1763 (HAA) filed in the United States District Court for

26  Northern California and transferred to the United States District Court for New

27  Jersey. This matter has been settled and dismissed.

28       *In the Matter of Certain Automobile Tail Light Lenses And Products*

1    *Incorporating Same.*    Investigation No. 337-TA-502 filed in the United States
2    International Trade Commission.    The matter was remanded after appeal to the
3    Federal Circuit Court of Appeals, then settled and dismissed.

4        *Jens E. Sorensen, as Trustee Of The Sorensen Research and Development*
5    *Trust v. Premier Automotive Group, Ford Motor Company, and Jaguar, Ltd.*  Case
6    No. 03-cv-01107, filed March 14, 2003 in the Federal Court for the Northern District
7    of California.  The matter was settled and dismissed.

8        *Lowe's Companies, Inc., et al v. Sorensen Research and Development Trust.*
9    Case No. 05-cv-00234 filed July 29, 2005 in the Federal Court for the Western
10    District of North Carolina.  The matter was never served and was dismissed.

11        *Digital Innovations LLC v. Sorensen Research and Development Trust.*  Case
12    No. 05-cv-06428, filed November 9, 2005 in the Federal Court for the Northern
13    District of Illinois. The matter was never served and was dismissed.

14        *Big Lots v. Sorensen Research and Development Trust.*  Case No. 2:06-cv-
15    1089, filed December 29, 2006 in the Federal Court for the Southern District of
16    Ohio. The matter was never served and was dismissed.

17        *Bon-Aire v. Sorensen Research and Development Trust.*  Case No. 07-cv-054-
18    S, filed January 2007 in the Federal Court for the District of Idaho. The matter was
19    never served and was dismissed.

20        *Husqvarna Outdoor Products, Inc. v. Sorensen Research and Development*
21    *Trust.*  CIV. NO.  CV106-160 in the Federal Court for the Southern District of
22    Georgia on October 30, 2006. The matter was never served and was dismissed.

23        *Sorensen et al v. International Trade Commission et al.*  427 F.3d 1375
24    (Fed.Cir., 2005).  After the Federal Circuit ruled in patentee's favor, the parties
25    settled and dismissed.

26

27        //

28

6.

DATED this Friday, January 18, 2008.

JENS ERIK SORENSEN, as Trustee of
SORENSEN RESEARCH AND DEVELOPMENT
TRUST, Plaintiff


/s/ Melody A. Kramer

Melody A. Kramer, Esq.
Attorney for Plaintiff

Case No. 07cv02321 BTM CAB