1 | Matthew B. Lehr (Bar No. 213139)
2 | Anthony I. Fenwick (Bar No. 158667)
　| Veronica C. Abreu (Bar No. 251002)
　| Jill Zimmerman (Bar No. 230338)
3 | David Lisson (Bar No. 250994)
　| DAVIS POLK & WARDWELL
4 | 1600 El Camino Real
　| Menlo Park, California  94025
5 | Telephone:  (650) 752-2000
　| Facsimile:   (650) 752-2111
6 |
7 | Attorneys for Defendants ENERGIZER HOLDINGS INC. and EVEREADY BATTERY COMPANY, INC.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ENERGIZER HOLDINGS INC., a Missouri corporation; EVEREADY BATTERY COMPANY, INC.; and DOES 1-100,<br><br>　　　　Defendants. | Case No.:  07 CV 2321 BTM (CAB)<br><br>NOTICE OF APPEARANCE<br><br>Judge: The Honorable Barry Ted Moskowitz |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

　　　　PLEASE TAKE NOTICE THAT Anthony I. Fenwick of the law firm of Davis Polk & Wardwell hereby appears as counsel on behalf of defendants Energizer Holdings, Inc. and Eveready Battery Company, Inc. ("the Energizer Defendants") in this action.  The Energizer Defendants respectfully request that all pleadings and other documents be addressed to their counsel as follows:

　　　　Anthony I. Fenwick
　　　　DAVIS POLK & WARDWELL
　　　　1600 El Camino Real
　　　　Menlo Park, California  94025

　　　　Telephone:	(650) 752-2000
　　　　Facsimile:	(650) 752-2111
　　　　Email:	anthony.fenwick@dpw.com

1

| | |
|---|---|
| Dated: January 25, 2008 | Respectfully submitted, |
| | DAVIS POLK & WARDWELL |
| | |
| | By: _____s/Anthony I. Fenwick_____ |
| | Attorney for Defendants |
| | E-mail: anthony.fenwick@dpw.com |