1 | Matthew B. Lehr (Bar No. 213139)
Anthony I. Fenwick (Bar No. 158667)
2 | Veronica C. Abreu (Bar No. 251002)
Jill Zimmerman (Bar No. 230338)
3 | David Lisson (Bar No. 250994)
DAVIS POLK & WARDWELL
4 | 1600 El Camino Real
Menlo Park, California 94025
5 | Telephone: (650) 752-2000
Facsimile: (650) 752-2111

Attorneys for Defendants ENERGIZER HOLDINGS INC. and EVEREADY BATTERY COMPANY, INC.

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>        Plaintiff,<br><br>  v.<br><br>ENERGIZER HOLDINGS INC., a Missouri corporation; EVEREADY BATTERY COMPANY, INC.; and DOES 1-100,<br><br>        Defendants. | Case No.: 07 CV 2321 BTM (CAB)<br><br>NOTICE OF APPEARANCE<br><br>Judge: The Honorable Barry Ted Moskowitz |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE THAT Veronica C. Abreu of the law firm of Davis Polk & Wardwell hereby appears as counsel on behalf of defendants Energizer Holdings, Inc. and Eveready Battery Company, Inc. ("the Energizer Defendants") in this action. The Energizer Defendants respectfully request that all pleadings and other documents be addressed to their counsel as follows:

    Veronica C. Abreu
    DAVIS POLK & WARDWELL
    1600 El Camino Real
    Menlo Park, California 94025

    Telephone:    (650) 752-2000
    Facsimile:    (650) 752-2111
    Email:    veronica.abreu@dpw.com

1

1
2   Dated:   January 25, 2008                    Respectfully submitted,
3                                                DAVIS POLK & WARDWELL
4
5                                                By:  _____s/Veronica C. Abreu_____
                                                        Attorney for Defendants
6                                                    E-mail: veronica.abreu@dpw.com
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28