**CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2008, I caused the foregoing NOTICE OF APPEARANCE to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

*Attorneys for Plaintiff*

J. Michael Kaler (158296)
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Phone: (858) 362-3151
Michael@kalerlaw.com

Melody A. Kramer (169984)
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Phone: (858) 362-3150
mak@kramerlawip.com

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

Dated:   January 25, 2008             DAVIS POLK & WARDWELL

                                      By: _____s/Veronica C. Abreu_____
                                              Attorney for Defendants
                                          E-mail: veronica.abreu@dpw.com