1  Matthew B. Lehr (Bar No. 213139)
   Anthony I. Fenwick (Bar No. 158667)
2  Veronica C. Abreu (Bar No. 251002)
   Jill Zimmerman (Bar No. 230338)
3  David Lisson (Bar No. 250994)
   DAVIS POLK & WARDWELL
4  1600 El Camino Real
   Menlo Park, California 94025
5  Telephone: (650) 752-2000
   Facsimile:  (650) 752-2111
6

7  Attorneys for Defendants ENERGIZER
   HOLDINGS INC. and EVEREADY BATTERY
   COMPANY, INC.
8

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, | Case No.: 07 CV 2321 BTM (CAB) |
| | NOTICE OF APPEARANCE |
| Plaintiff, | Judge: The Honorable Barry Ted Moskowitz |
| v. | |
| ENERGIZER HOLDINGS INC., a Missouri corporation; EVEREADY BATTERY COMPANY, INC.; and DOES 1-100, | |
| Defendants. | |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

   PLEASE TAKE NOTICE THAT David Lisson of the law firm of Davis Polk & Wardwell hereby appears as counsel on behalf of defendants Energizer Holdings, Inc. and Eveready Battery Company, Inc. ("the Energizer Defendants") in this action. The Energizer Defendants respectfully request that all pleadings and other documents be addressed to their counsel as follows:

   David Lisson
   DAVIS POLK & WARDWELL
   1600 El Camino Real
   Menlo Park, California 94025

   Telephone:   (650) 752-2000
   Facsimile:    (650) 752-2111
   Email:           david.lisson@dpw.com

1

| | | |
|---|---|---|
| 1 | Dated: January 25, 2008 | Respectfully submitted, |
| 2 | | DAVIS POLK & WARDWELL |
| 4 | | By: <u>    s/David Lisson    </u> |
| 5 | | Attorney for Defendants<br>E-mail: david.lisson@dpw.com |

2

Case No.: 07cv2321