**CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2008, I caused the foregoing NOTICE OF APPEARANCE to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

*Attorneys for Plaintiff*

J. Michael Kaler (158296)
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Phone: (858) 362-3151
Michael@kalerlaw.com

Melody A. Kramer (169984)
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Phone: (858) 362-3150
mak@kramerlawip.com

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

Dated:   January 25, 2008                        DAVIS POLK & WARDWELL


                                                 By:        s/David Lisson
                                                         Attorney for Defendants
                                                      E-mail: david.lisson@dpw.com

1

Case No.:  07cv2321