**PROOF OF SERVICE**

I hereby certify that on January 31, 2008, I caused the foregoing DEFENDANTS ENERGIZER HOLDINGS INC. and EVEREADY BATTERY COMPANY, INC.'S ANSWER AND COUNTERCLAIMS to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

*Attorneys for Plaintiff*

J. Michael Kaler (158296)
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Phone: (858) 362-3151
michael@kalerlaw.com

Melody A. Kramer (169984)
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Phone: (858) 362-3150
mak@kramerlawip.com

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

Dated: January 31, 2008                DAVIS POLK & WARDWELL

                                       By:  s/ Veronica C. Abreu
                                            Attorney for Defendants
                                            Email: veronica.abreu@dpw.com

                                       1600 El Camino Real
                                       Menlo Park, California  94025
                                       Telephone: (650) 752-2000
                                       Facsimile:  (650) 752-2111