1  Matthew B. Lehr (Bar No. 213139)
   Anthony I. Fenwick (Bar No. 158667)
2  Veronica C. Abreu (Bar No. 251002)
   David Lisson (Bar No. 250994)
3  DAVIS POLK & WARDWELL
   1600 El Camino Real
4  Menlo Park, California  94025
   Telephone:  (650) 752-2000
5  Facsimile:   (650) 752-2111

6  Attorneys for Defendants ENERGIZER
   HOLDINGS INC. and EVEREADY BATTERY
7  COMPANY, INC.

8
                    UNITED STATES DISTRICT COURT
9
                FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10

11
   JENS ERIK SORENSEN, as Trustee of   )   Case No.:  07 CV 2321 BTM (CAB)
12 SORENSEN RESEARCH AND               )
   DEVELOPMENT TRUST,                  )   DEFENDANT ENERGIZER HOLDINGS
13                                     )   INC.'S NOTICE OF PARTY WITH
                    Plaintiff,         )   FINANCIAL INTEREST
14                                     )
          v.                           )
15                                     )
   ENERGIZER HOLDINGS INC., a Missouri )
16 corporation; EVEREADY BATTERY       )
   COMPANY, INC.; and DOES 1-100,      )
17                                     )
                    Defendants.        )
18 _____    )

19 **DEFENDANT ENERGIZER HOLDINGS INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST**

20      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and CivLR 40.2, Defendant

21 Energizer Holdings Inc. ("Energizer") respectfully submits this Notice of Party with Financial

22 Interest.

23      1.    All parent corporations of Energizer:  There are no parent corporations of Energizer.

24      2.    Any publicly held corporation that owns 10% or more of Energizer's stock:  There is

25 no publicly held corporation that owns 10% or more of Energizer's stock.

26

27

28

1
2
3   Dated:   January 31, 2008						Respectfully submitted,
4											DAVIS POLK & WARDWELL
5
6											By:   s/ Anthony I. Fenwick
											      Attorney for Defendants
7											      Email: anthony.fenwick@dpw.com
8											Matthew B. Lehr (Bar No. 213139)
											Anthony I. Fenwick (Bar No. 158667)
9											Veronica C. Abreu (Bar No. 251002)
											David Lisson (Bar No. 250994)
10											1600 El Camino Real
											Menlo Park, California  94025
11											Telephone: (650) 752-2000
											Facsimile:  (650) 752-2111
12
											Attorneys for Defendants ENERGIZER
13											HOLDINGS INC. and EVEREADY BATTERY
											COMPANY, INC.
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28