Matthew B. Lehr (Bar No. 213139)
Anthony I. Fenwick (Bar No. 158667)
Veronica C. Abreu (Bar No. 251002)
David Lisson (Bar No. 250994)
DAVIS POLK & WARDWELL
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

Attorneys for Defendants ENERGIZER
HOLDINGS INC. and EVEREADY BATTERY
COMPANY, INC.

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>ENERGIZER HOLDINGS INC., a Missouri corporation; EVEREADY BATTERY COMPANY, INC.; and DOES 1-100,<br><br>Defendants. | Case No.: 07 CV 2321 BTM (CAB)<br><br>DEFENDANT EVEREADY BATTERY COMPANY, INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST |

## **DEFENDANT EVEREADY BATTERY COMPANY, INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and CivLR 40.2, Defendant Eveready Battery Company, Inc. ("Eveready") respectfully submits this Notice of Party with Financial Interest.

1. All parent corporations of Eveready: Eveready is wholly owned by Energizer Holdings Inc., a Missouri corporation.

2. Any publicly held corporation that owns 10% or more of Eveready's stock: Energizer Holdings Inc. owns 10% or more of Eveready's stock. Energizer Holdings Inc. is a publicly held corporation.

1

07cv2321

| | |
|---|---|
| Dated: January 31, 2008 | Respectfully submitted, |
| | DAVIS POLK & WARDWELL |
| | |
| | By: _s/ Anthony I. Fenwick_____ |
| |     Attorney for Defendants |
| |     Email: anthony.fenwick@dpw.com |
| | Matthew B. Lehr (Bar No. 213139) |
| | Anthony I. Fenwick (Bar No. 158667) |
| | Veronica C. Abreu (Bar No. 251002) |
| | David Lisson (Bar No. 250994) |
| | 1600 El Camino Real |
| | Menlo Park, California 94025 |
| | Telephone: (650) 752-2000 |
| | Facsimile: (650) 752-2111 |
| | |
| | Attorneys for Defendants ENERGIZER HOLDINGS INC. and EVEREADY BATTERY COMPANY, INC. |