**PROOF OF SERVICE**

I hereby certify that on January 31, 2008, I caused the foregoing DEFENDANT EVEREADY BATTERY COMPANY, INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

*Attorneys for Plaintiff*

J. Michael Kaler (158296)
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Phone: (858) 362-3151
michael@kalerlaw.com

Melody A. Kramer (169984)
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Phone: (858) 362-3150
mak@kramerlawip.com

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

Dated:   January 31, 2008                    DAVIS POLK & WARDWELL


                                             By:  s/ Veronica C. Abreu
                                                  Attorney for Defendants
                                                  Email: veronica.abreu@dpw.com

                                             1600 El Camino Real
                                             Menlo Park, California  94025
                                             Telephone: (650) 752-2000
                                             Facsimile:  (650) 752-2111