```
1  Matthew B. Lehr (Bar No. 213139)
   Anthony I. Fenwick (Bar No. 158667)
2  Veronica C. Abreu (Bar No. 251002)
   David Lisson (Bar No. 250994)
3  DAVIS POLK & WARDWELL
   1600 El Camino Real
4  Menlo Park, California  94025
   Telephone: (650) 752-2000
5  Facsimile:  (650) 752-2111
6  Attorneys for Defendants ENERGIZER
   HOLDINGS INC. and EVEREADY BATTERY
7  COMPANY, INC.
```

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>ENERGIZER HOLDINGS INC., a Missouri corporation; EVEREADY BATTERY COMPANY, INC.; and DOES 1-100,<br><br>Defendants. | Case No.: 07 CV 2321 BTM (CAB)<br><br>NOTICE OF MOTION AND DEFENDANTS' MOTION TO STAY THE LITIGATION PENDING THE OUTCOME OF REEXAMINATION PROCEEDINGS<br><br>Date: March 14, 2008<br>Time: 11:00<br>Courtroom 15, 5th Floor<br>Hon. Barry Ted Moskowitz<br><br>NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT |

NOTICE IS HEREBY GIVEN that Defendants Energizer Holdings Inc. and Eveready Battery Company, Inc. (collectively "Defendants") hereby move for a stay of the above-captioned proceeding pending the United States Patent & Trademark Office ("PTO")'s reexamination of the patent-in-suit, U.S. Patent No. 4,935,184 ("the '184 Patent").

A stay will avoid the risk of unnecessary discovery and litigation, will permit the clarification of issues for trial, and will not unduly prejudice Plaintiff.

For the reasons set forth in this Notice of Motion, the accompanying Memorandum of Points and Authorities in Support of the Motion and any related pleadings or argument and evidence that may be presented at any oral hearing requested by the Court, Defendants request that

1  the Court order this case stayed pending the completion of the PTO's reexamination of the '184

2  Patent.

3  Dated: January 31, 2008            Respectfully submitted,

4                                     DAVIS POLK & WARDWELL

6                                     By:  s/ Anthony I. Fenwick
                                           Attorney for Defendants
7                                          Email: anthony.fenwick@dpw.com

8                                     Matthew B. Lehr (Bar No. 213139)
                                      Anthony I. Fenwick (Bar No. 158667)
9                                     Veronica C. Abreu (Bar No. 251002)
                                      David Lisson (Bar No. 250994)
10                                    1600 El Camino Real
                                      Menlo Park, California  94025
11                                    Telephone: (650) 752-2000
                                      Facsimile:  (650) 752-2111

13                                    Attorneys for Defendants ENERGIZER
                                      HOLDINGS INC. and EVEREADY BATTERY
                                      COMPANY, INC.