1  Matthew B. Lehr (Bar No. 213139)
   Anthony I. Fenwick (Bar No. 158667)
2  Veronica C. Abreu (Bar No. 251002)
   David Lisson (Bar No. 250994)
3  DAVIS POLK & WARDWELL
   1600 El Camino Real
4  Menlo Park, California  94025
   Telephone:  (650) 752-2000
5  Facsimile:   (650) 752-2111

6  Attorneys for Defendants ENERGIZER
   HOLDINGS INC. and EVEREADY BATTERY
7  COMPANY, INC.

8               UNITED STATES DISTRICT COURT

9          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 | JENS ERIK SORENSEN, as Trustee of     ) Case No.:  07 CV 2321 BTM (CAB)
   | SORENSEN RESEARCH AND                 )
12 | DEVELOPMENT TRUST,                    ) DECLARATION OF VERONICA ABREU
   |                                       ) IN SUPPORT OF MOTION TO STAY
13 |            Plaintiff,                 ) PENDING OUTCOME OF
   |                                       ) REEXAMINATION PROCEEDINGS
14 |     v.                                )
   |                                       ) Date: March 14, 2008
15 |                                       ) Time: 11:00 am
   | ENERGIZER HOLDINGS INC., a Missouri   ) Courtroom: 15, Fifth Floor
16 | corporation; EVEREADY BATTERY         ) Hon. Barry Ted Moskowitz
   | COMPANY, INC.; and DOES 1-100.        )
17 |                                       )
   |            Defendants.                )
18 |                                       )
   |                                       )
19 |                                       )

20
21
22
23
24
25
26
27
28

CASE NO.: 07CV2321

I, Veronica Abreu, declare:

1.     I am a member of the bar of the State of California and of this Court, and I am an associate at the law firm of Davis Polk & Wardwell, which represents Defendants ENERGIZER HOLDINGS INC. and EVEREADY BATTERY COMPANY, INC. in this action (the "Energizer Defendants"). I make this declaration pursuant to CivLR 7.1(f)(2)(a) in support of the Energizer Defendants' Motion to Stay Pending Outcome of Reexamination Proceedings. Unless otherwise noted, the statements made herein are of my own first-hand knowledge, and if called upon to testify thereof I could and would do so competently.

2.     Attached hereto as Exhibit 1 is a true and correct copy of the Order Granting in Part and Denying in Part Defendants' Motion to Stay, dated September 10, 2007 in the case of Sorensen v. Black & Decker Corp., et al., U.S. District Court, Southern District of California, Case No. 06cv1572 BTM (CAB).

3.     Attached hereto as Exhibit 2 is a true and correct copy of the U.S. Patent and Trademark Office's Order Granting Request For Ex-Parte Reexamination of U.S. Patent No. 4,935,184, issued on October 11, 2007.

4.     Attached hereto as Exhibit 3 are true and correct copies of (1) a Notice of Reexamination Filing Date of December 21, 2007, issued by the U.S. Patent and Trademark Office, concerning U.S. Patent No. 4,938,184; and (2) the Information Disclosure Statement by Applicant, submitted on December, 21, 2007.

5.     Attached hereto as Exhibit 4 is a true and correct copy of the Order Granting Defendants' Motion to Stay Litigation Pending Reexamination of Patent-in-Suit, dated January 16, 2008 in the case of Sorensen v. Digital Networks North America Inc., U.S. District Court, Northern District of California, Case No. 07cv5568 JSW.

6.     Attached hereto as Exhibit 5 is a true and correct copy of the *Ex Parte* Reexamination Filing Data – June 30, 2006, of the U.S. Patent and Trademark Office.

7.     Attached hereto as Exhibit 6 is a true and correct copy of an excerpt from the Manual of Patent Examining Procedure, § 2250(III), page 2200-74 dated August 2006, *available at* http://www.uspto.gov/web/offices/pac/mpep/documents/2200_2250.htm#sect2250.

1  I declare under penalty of perjury that the foregoing is true and correct.  Executed this 31st
2  day of January, 2008 in Menlo Park, California.

DAVIS POLK & WARDWELL

By: _s/ Veronica C. Abreu_____
    Attorney for Defendants
    Email: veronica.abreu@dpw.com

1600 El Camino Real
Menlo Park, California  94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111

1
2                    **DECLARATION EXHIBIT PAGE INDEX**
3
4      <u>Exhibit No.</u>                                              <u>Begins at Page</u>
5      Exhibit 1                                                       1
6      Exhibit 2                                                       12
7      Exhibit 3                                                       33
8      Exhibit 4                                                       36
9      Exhibit 5                                                       40
10     Exhibit 6                                                       42
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28