

UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.go

*Ex Parte* Reexamination Filing Data - June 30, 2006

1. Total requests filed since start of ex parte reexam on 07/01/81 .................8084

    a. By patent owner           3313   41%
    b. By other member of public 4606   57%
    c. By order of Commissioner   165    2%

2. Number of filings by discipline

    a. Chemical Operation    2496   31%
    b. Electrical Operation  2608   32%
    c. Mechanical Operation  2980   37%

3. Annual Ex Parte Reexam Filings

    | Fiscal Yr. | No.        | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
    |------------|------------|------------|-----|------------|-----|------------|-----|
    | 1981       | 78 (3 mos.)| 1989       | 243 | 1997       | 376 | 2005       | 524 |
    | 1982       | 187        | 1990       | 297 | 1998       | 350 | 2006       | 340 |
    | 1983       | 186        | 1991       | 307 | 1999       | 385 |            |     |
    | 1984       | 189        | 1992       | 392 | 2000       | 318 |            |     |
    | 1985       | 230        | 1993       | 359 | 2001       | 296 |            |     |
    | 1986       | 232        | 1994       | 379 | 2002       | 272 |            |     |
    | 1987       | 240        | 1995       | 392 | 2003       | 392 |            |     |
    | 1988       | 268        | 1996       | 418 | 2004       | 441 |            |     |

4. Number known to be in litigation.................1895   23%

5. Determinations on requests.........................7852

    a. No. granted ............................... 7160 ......91%

        (1) By examiner             7054
        (2) By Director (on petition) 106

    b. No. denied ................................. 692 ......9%

        (1) By examiner   657
        (2) Order vacated  35

Exhibit 5
Page 40

6. Total examiner denials (includes denials reversed by Director)..........................763
   a. Patent owner requester       430      56%
   b. Third party requester        333      44%

7. Overall reexamination pendency (Filing date to certificate issue date)
   a. Average pendency             22.8 (mos.)
   b. Median pendency              17.6 (mos.)

8. Reexam certificate claim analysis:

|   | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
|---|---|---|---|---|
| a. All claims confirmed | 23% | 29% | 13% | 26% |
| b. All claims cancelled | 7% | 12% | 19% | 10% |
| c. Claims changes | 70% | 59% | 68% | 64% |

9. Total ex parte reexamination certificates issued (1981 - present)..................5433
   a. Certificates with all claims confirmed     1410    26%
   b. Certificates with all claims canceled       554    10%
   c. Certificates with claims changes           3469    64%

10. Reexam claim analysis - requester is patent owner or 3rd party; or Comm'r initiated.
    a. Certificates _ PATENT OWNER REQUESTER.................................2360
       (1) All claims confirmed      543     23%
       (2) All claims canceled       174      7%
       (3) Claim changes            1643     70%

    b. Certificates _ 3rd PARTY REQUESTER........................................2934
       (1) All claims confirmed      849     29%
       (2) All claims canceled       353     12%
       (3) Claim changes            1732     59%

    c. Certificates _ COMM'R INITIATED REEXAM ..............................139
       (1) All claims confirmed       18     13%
       (2) All claims canceled        27     19%
       (3) Claim changes              94     68%

Exhibit 5
Page 41

Exhibit B - Page 11