**PROOF OF SERVICE**

I hereby certify that on January 31, 2008, I caused the foregoing NOTICE OF MOTION AND DEFENDANTS' MOTION TO STAY THE LITIGATION PENDING THE OUTCOME OF REEXAMINATION PROCEEDINGS, DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO STAY PENDING OUTCOME OF REEXAMINATION PROCEEDINGS and DECLARATION OF VERONICA ABREU IN SUPPORT OF MOTION TO STAY PENDING OUTCOME OF REEXAMINATION PROCEEDINGS to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

*Attorneys for Plaintiff*

J. Michael Kaler (158296)
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Phone: (858) 362-3151
michael@kalerlaw.com

Melody A. Kramer (169984)
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Phone: (858) 362-3150
mak@kramerlawip.com

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

Dated:   January 31, 2008                                DAVIS POLK & WARDWELL


                                                         By:   s/ Veronica C. Abreu
                                                               Attorney for Defendants
                                                               Email: veronica.abreu@dpw.com

                                                         1600 El Camino Real
                                                         Menlo Park, California  94025
                                                         Telephone: (650) 752-2000
                                                         Facsimile:  (650) 752-2111