MELODY A. KRAMER, SBN 169984
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150
mak@kramerlawip.com

J. MICHAEL KALER, SBN 158296
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151
michael@kalerlaw.com

Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>    Plaintiff and Counter Defendant<br><br>  v.<br><br>ENERGIZER HOLDINGS INC, a Missouri corporation; EVEREADY BATTERY COMPANY, INC.; and DOES 1 – 100,<br><br>    Defendants and Counterclaimants. | Case No. 07 cv 2321 BTM CAB<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STAY PENDING OUTCOME OF REEXAMINATION PROCEEDINGS**<br><br>Date: March 14, 2008<br>Time: 11:00 a.m.<br>Courtroom 15 – 5th Floor<br>The Hon. Barry T. Moskowitz<br>*NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT* |

1      PLAINTIFF Jen Erik Sorensen, as Trustee of Sorensen Research and
2 Development Trust ("SRDT") respectfully requests the Court to take judicial notice
3 of the following documents in support of Plaintiff's Opposition to Defendant'
4 Motion to Stay Pending Outcome of Reexamination Proceedings.

5      1.  *Sorensen v. Black & Decker*, Case No. 06cv1572, Order granting Black
6 & Decker's Motion for Stay, Docket #243.

7      2.  *Sorensen v. Giant*, Case No. 07cv2121, Giant's Motion to Stay,
8 Docket #15.

9      3.  *Sorensen v. Giant*, Case No. 07cv2121, Sorensen Opposition to Giant's
10 Motion to Stay, Docket #22.

11     4.  *Sorensen v. Giant*, Case No. 07cv2121, Giant's Reply to Opposition to
12 Motion to Stay, Docket #25.

13     5.  *Sorensen v. Helen of Troy*, Case No. 07cv2278, Helen of Troy's
14 Motion to Stay, Docket #9.

15     6.  *Sorensen v. Helen of Troy*, Case No. 07cv2278, Sorensen's Opposition
16 to Motion to Stay, Docket #19.

17     7.  *Sorensen v. Helen of Troy*, Case No. 07cv2278, Helen of Troy's Reply
18 to Opposition to Motion to Stay, Docket #21.

20 DATED this Friday, February 29, 2008.

21                    JENS ERIK SORENSEN, as Trustee of
22                    SORENSEN RESEARCH AND DEVELOPMENT
                      TRUST, Plaintiff and Counter Defendant
23

24                    /s/ Melody A. Kramer
25                    Melody A. Kramer, Esq.
                      Attorney for Plaintiff and Counter Defendant
26