1 | Matthew B. Lehr (Bar No. 213139)
  | Anthony I. Fenwick (Bar No. 158667)
2 | Veronica C. Abreu (Bar No. 251002)
  | David Lisson (Bar No. 250994)
3 | DAVIS POLK & WARDWELL
  | 1600 El Camino Real
4 | Menlo Park, California  94025
  | Telephone:  (650) 752-2000
5 | Facsimile:   (650) 752-2111

6 | Attorneys for Defendants ENERGIZER
  | HOLDINGS INC. and EVEREADY BATTERY
7 | COMPANY, INC.

8 | UNITED STATES DISTRICT COURT

9 | FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 | JENS ERIK SORENSEN, as Trustee of      )  Case No.:  07 CV 2321 BTM (CAB)
   | SORENSEN RESEARCH AND                  )
12 | DEVELOPMENT TRUST,                     )  **PROOF OF SERVICE**
   |                                        )
13 |                    Plaintiff,          )  Date: March 14, 2008
   |                                        )  Time: 11:00 a.m.
14 |      v.                                )  Courtroom 15, 5th Floor
   |                                        )  Hon. Barry Ted Moskowitz
15 | ENERGIZER HOLDINGS INC., a Missouri    )
   | corporation; EVEREADY BATTERY          )  NO ORAL ARGUMENT UNLESS
16 | COMPANY, INC.; and DOES 1-100,         )  REQUESTED BY THE COURT
   |                                        )
17 |                    Defendants.         )
   |                                        )
18 | _____)

1

**PROOF OF SERVICE**

I hereby certify that on March 6, 2008, I caused the foregoing DEFENDANTS' REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO STAY PENDING OUTCOME OF REEXAMINATION PROCEEDINGS and DECLARATION OF VERONICA ABREU IN SUPPORT OF DEFENDANTS' REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO STAY PENDING OUTCOME OF REEXAMINATION PROCEEDINGS to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

*Attorneys for Plaintiff*

J. Michael Kaler (158296)
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Phone: (858) 362-3151
Michael@kalerlaw.com

Melody A. Kramer (169984)
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Phone: (858) 362-3150
mak@kramerlawip.com

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

Dated: March 6, 2008         DAVIS POLK & WARDWELL


By: _s/ Veronica Abreu_
    Veronica C. Abreu
    Attorney for Defendants
    E-mail: veronica.abreu@dpw.com

1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111