1  Matthew B. Lehr (Bar No. 213139)
   Anthony I. Fenwick (Bar No. 158667)
2  Veronica C. Abreu (Bar No. 251002)
   David Lisson (Bar No. 250994)
3  DAVIS POLK & WARDWELL
   1600 El Camino Real
4  Menlo Park, California  94025
   Telephone:  (650) 752-2000
5  Facsimile:   (650) 752-2111

6  Attorneys for Defendants ENERGIZER
   HOLDINGS INC. and EVEREADY BATTERY
7  COMPANY, INC.

8
                    UNITED STATES DISTRICT COURT
9
               FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10

11

12  JENS ERIK SORENSEN, as Trustee of      )   Case No.:  07 CV 2321 BTM (CAB)
    SORENSEN RESEARCH AND                  )
13  DEVELOPMENT TRUST,                     )   DECLARATION OF VERONICA ABREU
                                           )   IN SUPPORT OF DEFENDANTS' REPLY
14                 Plaintiff,              )   MEMORANDUM OF POINTS AND
                                           )   AUTHORITIES IN SUPPORT OF MOTION
15         v.                              )   TO STAY PENDING OUTCOME OF
                                           )   REEXAMINATION PROCEEDINGS
16  ENERGIZER HOLDINGS INC., a Missouri    )
    corporation; EVEREADY BATTERY          )   Date: March 14, 2008
17  COMPANY, INC.; and DOES 1-100.         )   Time: 11:00 a.m.
                                           )   Courtroom: 15, 5th Floor
18                 Defendants.             )   Hon. Barry Ted Moskowitz
                                           )
19                                         )
                                           )
20

21

22

23

24

25

26

27

28

I, Veronica Abreu, declare:

1. I am a member of the bar of the State of California and of this Court, and I am an associate at the law firm of Davis Polk & Wardwell, which represents Defendants ENERGIZER HOLDINGS INC. and EVEREADY BATTERY COMPANY, INC. in this action (the "Energizer Defendants").  I make this declaration pursuant to CivLR 7.1(f)(2)(a) in support of the Energizer Defendants' Reply Memorandum of Points and Authorities in Support of Motion to Stay Pending Outcome of Reexamination Proceedings.  Unless otherwise noted, the statements made herein are of my own first-hand knowledge, and if called upon to testify thereof I could and would do so competently.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Statement of Jon W. Dudas, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent Office before the Sub*committee on Courts, the Internet and Intellectual Property Committee*, entitled *USPTO Oversight Hearing*, held on February 27, 2008 *available at* http://judiciary.house.gov/media/pdfs/Dudas080227.pdf.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 6th day of March, 2008 in Menlo Park, California.

DAVIS POLK & WARDWELL

By:   s/ Veronica C. Abreu
    Attorney for Defendants
    Email: veronica.abreu@dpw.com

1600 El Camino Real
Menlo Park, California  94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111

Attorney for Defendants ENERGIZER HOLDINGS, INC. and EVEREADY BATTERY COMPANY, INC.