1  Matthew B. Lehr (Bar No. 213139)
   Anthony I. Fenwick (Bar No. 158667)
2  Veronica C. Abreu (Bar No. 251002)
   David Lisson (Bar No. 250994)
3  DAVIS POLK & WARDWELL
   1600 El Camino Real
4  Menlo Park, California  94025
   Telephone:  (650) 752-2000
5  Facsimile:   (650) 752-2111

6  Attorneys for Defendants ENERGIZER
   HOLDINGS INC. and EVEREADY BATTERY
7  COMPANY, INC.

8               UNITED STATES DISTRICT COURT

9           FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>ENERGIZER HOLDINGS INC., a Missouri corporation; EVEREADY BATTERY COMPANY, INC.; and DOES 1-100,<br><br>Defendants. | Case No.:  07 CV 2321 BTM (CAB)<br><br>**DEFENDANTS ENERGIZER HOLDINGS INC. and EVEREADY BATTERY COMPANY, INC.'S *EX PARTE* APPLICATION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE** |
|---|---|

The Energizer Defendants'[1] motion to stay this case pending the PTO's reexamination of plaintiff's '184 patent[2] has been fully briefed and was taken under submission by Judge Moskowitz on March 14, just a few days ago.  Judge Moskowitz has recently stayed three other cases pending the PTO's reexamination of the '184 patent.[3]  Nothing salient to the stay issue distinguishes this case from the cases already stayed.  Accordingly, the Energizer Defendants expect that Judge Moskowitz will soon issue an order staying this case.  Given the pendency of the motion to stay,

---

[1] For ease of reference, defendants and counterclaimants Energizer Holdings, Inc. and Eveready Batter Company, Inc. are referred to collectively as the "Energizer Defendants."
[2] For ease of reference, U.S. Patent 4,935,184 is referred to as the "'184 patent."
[3] *Sorensen v. Giant Int'l, et al.*, Case No. 07-cv-2121 BTM (CAB), Doc. #28 (S.D. Cal. Feb. 28, 2008); *Sorensen v. Helen of Troy, et al.*, Case No. 07-cv-2278 BTM (CAB), Doc. # 26 (S.D. Cal. Feb. 28, 2008); and *Sorensen v. Black & Decker et al.*, Case No. 06-cv-1572 BTM (CAB), Doc. #243 (S.D. Cal. Sept. 10, 2007).

1

1  the Energizer Defendants' expectation that the motion will be granted very soon, and the substantial

2  likelihood that the asserted claim of plaintiff's now expired patent will be invalidated by the PTO

3  as a consequence of the reexamination proceedings, the Energizer Defendants believe that

4  preparation for and conduct of the Early Neutral Evaluation Conference and associated initial case

5  management conference currently scheduled on March 28, 2008 will not be constructive and will in

6  fact result in a wasting of judicial and party resources.  The Energizer Defendants therefore

7  respectfully apply, *ex parte*, for an order continuing the ENE conference and initial case

8  management conference, as follows:

9   (1) should a stay be granted as expected, to a date after the stay is lifted by the Court; or

10   (2) in the unlikely event a stay is denied, to a date to be determined after Judge Moskowitz

11  rules on the Energizer Defendants' motion to stay.

12   A continuance of the ENE as outlined above will promote efficiency.  It would be unfruitful

13  – and a waste of judicial and party resources – to hold an ENE conference just days before a stay is

14  granted.  Conversely, in the unlikely event the court declines to issue a stay, neither party will be

15  prejudiced by a brief continuance of the ENE.

16   Counsel for the Energizer Defendants notified Plaintiff's counsel of this *ex parte* application

17  on March 19, 2008.  Counsel for Plaintiff indicated that Plaintiff will oppose the requested

18  continuance.

19  Dated:   March 19, 2008                              Respectfully submitted,

20                                                                            DAVIS POLK & WARDWELL

22                                                                            By:   s/ Veronica C. Abreu
                                                                                      Attorney for Defendants ENERGIZER
23                                                                                  HOLDINGS INC. and EVEREADY
                                                                                      BATTERY COMPANY, INC.
24                                                                                  Email: veronica.abreu@dpw.com

25                                                                            Matthew B. Lehr (Bar No. 213139)
                                                                                      Anthony I. Fenwick (Bar No. 158667)
26                                                                            Veronica C. Abreu (Bar No. 251002)
                                                                                      David Lisson (Bar No. 250994)
27                                                                            1600 El Camino Real
                                                                                      Menlo Park, California  94025
28                                                                            Telephone: (650) 752-2000
                                                                                      Facsimile:  (650) 752-2111