Matthew B. Lehr (Bar No. 213139)
Anthony I. Fenwick (Bar No. 158667)
Veronica C. Abreu (Bar No. 251002)
David Lisson (Bar No. 250994)
DAVIS POLK & WARDWELL
1600 El Camino Real
Menlo Park, California  94025
Telephone:  (650) 752-2000
Facsimile:   (650) 752-2111

Attorneys for Defendants ENERGIZER
HOLDINGS INC. and EVEREADY BATTERY
COMPANY, INC.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>ENERGIZER HOLDINGS INC., a Missouri corporation; EVEREADY BATTERY COMPANY, INC.; and DOES 1-100,<br><br>Defendants. | Case No.:  07 CV 2321 BTM (CAB)<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS ENERGIZER HOLDINGS INC. and EVEREADY BATTERY COMPANY, INC.'S *EX PARTE* APPLICATION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE** |

**I.   INTRODUCTION.**

The Energizer Defendants'[1] motion to stay this case pending the PTO's reexamination of plaintiff's '184 patent[2] has been fully briefed and was taken under submission by Judge Moskowitz on March 14, just a few days ago.  Judge Moskowitz has recently stayed three other cases pending the PTO's reexamination of the '184 patent.[3]  Nothing salient to the stay issue distinguishes this

---

[1] For ease of reference, defendants and counterclaimants Energizer Holdings, Inc. and Eveready Batter Company, Inc. are referred to collectively as the "Energizer Defendants."

[2] For ease of reference, U.S. Patent 4,935,184 is referred to as the "'184 patent."

[3] *Sorensen v. Giant Int'l, et al.*, Case No. 07-cv-2121 BTM (CAB), Doc. #28 (S.D. Cal. Feb. 28, 2008); *Sorensen v. Helen of Troy, et al.*, Case No. 07-cv-2278 BTM (CAB), Doc. # 26 (S.D. Cal. Feb. 28, 2008); and *Sorensen v. Black & Decker et al.*, Case No. 06-cv-1572 BTM (CAB), Doc. #243 (S.D. Cal. Sept. 10, 2007).

1

case from the cases already stayed. Accordingly, the Energizer Defendants expect that Judge Moskowitz will soon issue an order staying this case. Given the pendency of the motion to stay, the Energizer Defendants' expectation that the motion will be granted very soon, and the substantial likelihood that the asserted claim of plaintiff's now expired patent will be invalidated by the PTO as a consequence of the reexamination proceedings, the Energizer Defendants believe that preparation for and conduct of the Early Neutral Evaluation Conference and associated initial case management conference currently scheduled on March 28, 2008 will not be constructive and will in fact result in a wasting of judicial and party resources. The Energizer Defendants therefore respectfully apply, *ex parte*, for an Order continuing the ENE conference and initial case management conference, as follows:

(1) should a stay be granted as expected, to a date after the stay is lifted by the Court; or

(2) in the unlikely event a stay is denied, to a date to be determined after Judge Moskowitz rules on the Energizer Defendants' motion to stay.

## II.  ARGUMENT.

The principal purposes of the ENE conference and initial case management conference are to facilitate settlement, set a discovery schedule, and schedule a date for the claim construction hearing.[4] These purposes would be best served if these proceedings are continued as requested.

    **A.**  *Constructive settlement discussions are unlikely in view of the impending stay and pending reexamination.*

As noted, the Energizer Defendants believe that the asserted claim of the '184 patent is likely to be invalidated as a result of the reexamination proceedings in the PTO, and also that this case is about to be stayed pending those reexamination proceedings. The Energizer Defendants strongly believe that in these circumstances, and at this time, settlement discussions and evaluations will not be fruitful or constructive. The Energizer Defendants accordingly and respectfully seek to avoid burdening the Court and themselves with the time and expense involved in proceeding at this time with preparation for and conduct of the ENE conference, preferring instead to defer such

---

[4] *See* Notice and Order for Early Neutral Evaluation Conference in Patent Cases, D.I. 25, at ¶¶ 1, 6.

efforts (should a stay be denied or eventually lifted) to a time when they have a more realistic chance to succeed.

### B.   *Case management and discovery planning efforts should be deferred pending a ruling on the motion to stay.*

The Court's ruling on the pending motion to stay is a necessary prerequisite to an informed and thoughtful consideration of a discovery plan or case management order.  If the case is stayed in its entirety as expected, any discovery plan or case management order issued before the stay would be mooted.  Upon the conclusion of reexamination proceedings and the expiration of the stay, the parties and the Court would know whether any claim of the '184 patent survived reexamination and be appropriately positioned to determine whether discovery, claim construction proceedings, and trial are even warranted.  Should a stay be granted only in part, knowledge of which part of the case has been stayed and which part permitted to proceed would similarly be necessary in order to give productive consideration to an appropriate discovery plan and case management order.  Accordingly, the Energizer Defendants respectfully request that the initial case management conference also be continued until after a stay has either been denied or lifted.

### III.   CONCLUSION.

For the foregoing reasons, the Energizer Defendants' request for a continuance of the ENE conference and initial case management conference should be granted.

Dated:   March 19, 2008                    Respectfully submitted,

DAVIS POLK & WARDWELL

By:   s/ Veronica C. Abreu
       Attorney for Defendants ENERGIZER
       HOLDINGS INC. and EVEREADY
       BATTERY COMPANY, INC.
       Email: veronica.abreu@dpw.com

Matthew B. Lehr (Bar No. 213139)
Anthony I. Fenwick (Bar No. 158667)
Veronica C. Abreu (Bar No. 251002)
David Lisson (Bar No. 250994)
1600 El Camino Real
Menlo Park, California  94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111