1  Matthew B. Lehr (Bar No. 213139)
   Anthony I. Fenwick (Bar No. 158667)
2  Veronica C. Abreu (Bar No. 251002)
   David Lisson (Bar No. 250994)
3  DAVIS POLK & WARDWELL
   1600 El Camino Real
4  Menlo Park, California  94025
   Telephone: (650) 752-2000
5  Facsimile:  (650) 752-2111

6  Attorneys for Defendants ENERGIZER
   HOLDINGS INC. and EVEREADY BATTERY
7  COMPANY, INC.

8
                     UNITED STATES DISTRICT COURT
9
                  FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10

11
12  JENS ERIK SORENSEN, as Trustee of       )   Case No.:  07 CV 2321 BTM (CAB)
    SORENSEN RESEARCH AND                   )
13  DEVELOPMENT TRUST,                      )   DECLARATION OF VERONICA ABREU
                                            )   IN SUPPORT OF DEFENDANTS
14                      Plaintiff,          )   ENERGIZER HOLDINGS INC. AND
                                            )   EVEREADY BATTERY COMPANY,
15        v.                                )   INC.'S *EX PARTE* APPLICATION TO
                                            )   CONTINUE EARLY NEUTRAL
16  ENERGIZER HOLDINGS INC., a Missouri     )   EVALUATION CONFERENCE
    corporation; EVEREADY BATTERY           )
17  COMPANY, INC.; and DOES 1-100.          )
                                            )
18                      Defendants.         )
                                            )
19                                          )
                                            )
20

21
22
23
24
25
26
27
28

I, Veronica Abreu, declare:

1. I am a member of the bar of the State of California and of this Court, and I am an associate at the law firm of Davis Polk & Wardwell, which represents Defendants ENERGIZER HOLDINGS INC. and EVEREADY BATTERY COMPANY, INC. in this action (the "Energizer Defendants").  I make this declaration pursuant to CivLR 83.3(h)(2) in support of the Energizer Defendants' *Ex Parte* Application to Continue Early Neutral Evaluation Conference.  The statements make herein are of my own first-hand knowledge, and if called upon to testify thereof I could and would do so competently.

2. On March 19, 2008 I notified Melody A. Kramer, Plaintiff's counsel, of my intent to file this *ex parte* application with the Court.  Plaintiff's counsel indicated that Plaintiff will oppose the requested continuance.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 19th day of March, 2008 in Menlo Park, California.

DAVIS POLK & WARDWELL

By:   s/ Veronica C. Abreu
       Attorney for Defendants ENERGIZER
       HOLDINGS INC. and EVEREADY
       BATTERY COMPANY, INC.
       Email: veronica.abreu@dpw.com

1600 El Camino Real
Menlo Park, California  94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111

1

07cv2321