**PROOF OF SERVICE**

I hereby certify that on March 19, 2008, I caused the foregoing DEFENDANTS ENERGIZER HOLDINGS INC. and EVEREADY BATTER COMPANY, INC.'S *EX PARTE* APPLICATION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE, MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS ENERGIZER HOLDINGS INC. and EVEREADY BATTERY COMPANY, INC.'S *EX PARTE* APPLICATION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE and DECLARATION OF VERONICA ABREU IN SUPPORT OF DEFENDANTS ENERGIZER HOLDINGS INC. AND EVEREADY BATTERY COMPANY, INC.'S *EX PARTE* APPLICATION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

*Attorneys for Plaintiff*

J. Michael Kaler (158296)
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Phone: (858) 362-3151
michael@kalerlaw.com

Melody A. Kramer (169984)
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Phone: (858) 362-3150
mak@kramerlawip.com

1  I certify that all parties in this case are represented by counsel who are CM/ECF
2  participants.

3  Dated:   March 19, 2008                           DAVIS POLK & WARDWELL
4

5
                                                By:   s/ Veronica C. Abreu
6                                                     Attorney for Defendants ENERGIZER
                                                      HOLDINGS INC. and EVEREADY
7                                                     BATTERY COMPANY, INC.
                                                      Email: veronica.abreu@dpw.com
8
                                                  1600 El Camino Real
9                                                 Menlo Park, California  94025
                                                  Telephone: (650) 752-2000
10                                                Facsimile:  (650) 752-2111

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28