# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN,<br><br>　　　　　　　　　　Plaintiff,<br>　vs.<br><br>BLACK & DECKER, ET. AL.,<br><br>　　　　　　　　　　Defendant. | CASE NO. 06CV1572 BTM (CAB)<br>NO. 07CV2121<br>NO. 07CV2277<br>NO. 07CV2278<br>NO. 07CV2321<br><br>ORDER DENYING MOTION TO CONSOLIDATE |

and related cases.
_____

　　　Given the stay pending patent reexamination issued in the above cases, the Court DENIES Plaintiff's motion to consolidate as premature.

 IT IS SO ORDERED.

DATED: May 5, 2008

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Honorable Barry Ted Moskowitz
　　　　　　　　　　　　　　　　　　　　　United States District Judge